JOHN S. LEONARDO
United States Attorney
District of Arizona

DONALD E. CONRAD
Assistant U.S. Attorney
Arizona States Bar No. 5347
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7662
Email: Donald.Conrad@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CV-12-00155-PHX-MHB |
|---|---|
| Plaintiff, | MOTION TO COMPEL DEPOSITION |
| v. | |
| 1. JP Morgan Chase Bank, account number ending 8215 in the name of Ladislao V. Samaniego, VL: $446,377.36; | |
| 2. JP Morgan Chase Bank, account number ending 7058, in the name of Manuel Castro, VL: $361,070.25, | |
| Defendants *In Rem*. | |

Plaintiff, United States of America, by and through its attorneys, JOHN S. LEONARDO, United States Attorney for the District of Arizona, and Donald E. Conrad, Assistant United States Attorney, respectfully moves pursuant to Fed.R.Civ.P. 30 and 37 for an order compelling claimants Ladislao V. Samaniego and Manuel Castro to submit to depositions taken by the Plaintiff.

Samaniego and Castro are residents of Mexico. Both voluntarily appeared in the case to contest the seizure of the defendants. Depositions for both Samaniego and Castro were originally set for Monday, October 1, 2012, and Tuesday, October 2, 2012 respectively, in the Plaintiff's offices in Phoenix.  On or about September 26, 2012, Counsel for the claimants, Daniel Wierzba, had a discussion with the undersigned about the possibility that either or both claimants would be arrested upon entering the United States from Mexico. The undersigned advised Mr. Wierzba that he had no knowledge of any warrant for the arrest of the claimants, but that he could not assure him that there was

no warrant from any law enforcement agency for the arrest of one or both of the claimants. At the request of Mr. Wierzba, the depositions were cancelled.

Mr. Wierzba advised that the border crossing card of claimant Samaniego had been seized by Customs and Border Patrol personnel on a recent occasion when Samaniego attempted to cross into the United States from Mexico. Mr. Castro had not attempted to cross into the United States, according to Mr. Wierzba, but he feared he too would lose his card if he were to attempt to cross.

The undersigned offered on several occasions to work with Mr. Wierzba and eventually with Ms. Sarah Jezairian, who replaced Mr. Wierzba as claimants' counsel, to arrange for permission from the Department of Homeland Security for the claimants to enter the United States in order to attend a deposition. In order to do so, it is necessary that each agree to a date for the deposition. Undersigned agreed to apply to the Department of Homeland Security for a paroled entry of the claimants for the purpose of depositions. That offer still holds.

No date was ever agreed upon. On November 2, 2012, Ms. Jezairian advised undersigned counsel that neither claimant would enter the United States to be deposed. This Motion to Compel results.

Fed.R.Civ.P. 37 controls the relief sought by Plaintiff. Claimants are not allowed to claim an interest in the defendants, and then refuse to be deposed regarding assertions contained in their joint answer. Plaintiff is lawfully pursuing discovery in furtherance of the litigation in this action pursuant to the Court's scheduling order.

The Plaintiff requests that this Court order the claimants to participate fully in the discovery process mandated by Fed.R.Civ.P. 37, including making themselves available

//

at the Plaintiff's offices for deposition.

Respectfully submitted this 30th day of November, 2012.

                                    JOHN S. LEONARDO
                                    United States Attorney
                                    District of Arizona

                                    *S/Donald E. Conrad*
                                    _____
                                    DONALD E. CONRAD
                                    Assistant United States Attorney

CERTIFICATION

I hereby certify that on November 30, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrant:

Sarah Katharyn Jezairian
Snell & Wilmer LLP - Tucson, AZ
Email: sjezairian@swlaw.com

*Counsel for Ladislao V. Samaniego and Manuel Castro*

By*:   S/Victoria Tiffany*